*225767

IN THE CIRCUIT COURT OF JOHNSON COUNTY, ARKANSAS
CIVIL DIVISION

CV-10-2034

FIA CARD SERVICES, N.A.                                                      PLAINTIFF

vs.                              CASE/DIV NO.: CV-2010-46

PHILLIP D PRICKETT DELORES L PRICKETT                         DEFENDANT(S)

## COMPLAINT

COMES Plaintiff, by and through its Attorneys, Hosto, Buchan, Prater & Lawrence, P.L.L.C., and for its complaint against the Defendants, states:

1. Defendants are a resident of JOHNSON, county.

2. The Court has subject matter and personal jurisdiction in this case and venue is proper in this county

3. Defendants received a credit card from FIA CARD SERVICES, N.A., Defendant made various charges on this card, leaving an outstanding balance.

4. That said account is now past due and remains unpaid despite the demands of Plaintiff.

5. As shown by the attached affidavit the balance due from Defendants after applying all payments, credits, or other offsets is $14,315.56, plus interest accrued in the amount of $2,732.23 as of the date this complaint was prepared for a total amount due of $17,047.79. In addition, Plaintiff seeks costs, attorneys fees and post judgment interest at the maximum rate allowed by law.

WHEREFORE, Plaintiff prays for a judgment against the Defendants in the amount of $14,315.56, for its cost incurred in this matter, pre-judgment interest until the date of judgment at the contract rate of interest, for reasonable attorney's fee, and for all other proper and legal relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

HOSTO, BUCHAN, PRATER & LAWRENCE, P.L.L.C.
ATTORNEYS AT LAW
P.O. BOX 3397
LITTLE ROCK, ARKANSAS 72203
TELEPHONE (501) 374-1300

JENNIFER JANIS, ABN 2003093

FILED 2010 FEB 8 AM 11:43
CIRCUIT CLERK, JEFFERSON COUNTY


