IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

FIA CARD SERVICES, N.A.                                    PLAINTIFF

v.                    Case No. 10-2034

PHILLIP D. PRICKETT                                        DEFENDANT

## ORDER

Now on this 17th day of May 2010, there comes on for consideration the report and recommendation filed on April 13, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas (Doc. 10). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion to Remand (Doc. 7) is GRANTED, and this case is remanded to the Circuit Court of Johnson County. Defendant's Motion (Doc. 2) for Injunctive and Declaratory Relief is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge